UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
JASON CAMACHO AND ON BEHALF OF  :
ALL OTHER PERSONS SIMILARLY     :   Civil Action No. 1:18-cv-10700-ER
SITUATED,                       :
                                :
           Plaintiff,   :
   v.                          :
                                :
RIDER UNIVERSITY,               :
                                :
           Defendant.   :
                                :
------------------------------------X

## DECLARATION OF DAVID POWELL

I, David Powell, based on my personal knowledge and pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am over the age of eighteen (18) years old. I have personal knowledge of the facts contained in this declaration, and they are true and correct to the best of my knowledge, information and belief.

2. I am currently employed at the Johns Hopkins Center for Talented Youth. From November 1, 2016 until March 8, 2019 I was employed as Director of Admission at the Westminster College of the Arts at Rider University ("Rider").

3. I attended a National Association of College Admissions Counseling student recruitment fair held at the Jacob Javits Center on November 5, 2018 (the "Fair") as a representative of Rider.

4. At the Fair, I stood at Rider's table, handed out promotional materials, engaged in conversation with prospective students, and collected contact information from interested students.

5. I do not recall interacting with Plaintiff nor do I recall interacting with any blind or visually impaired individual at the Fair.

6. I have no recollection of any individual at the Fair requesting any aid or assistance with accessing the www.rider.edu website.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and accurate.

Executed on _June 13, 2019_

_David Powell_
David Powell

2

57158507v.2