UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
JASON CAMACHO AND ON BEHALF OF
ALL OTHER PERSONS SIMILARLY
SITUATED,

         Civil Action No. 1:18-cv-10700-ER

      Plaintiff,

  v.

RIDER UNIVERSITY,

      Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## DECLARATION OF SUSAN M. RYAN

  SUSAN M. RYAN, pursuant to 28 U.S.C. § 1746, hereby declares under penalty of perjury under the laws of the United States of America that the foregoing is true and correct:

  1.  I am currently employed by Seyfarth Shaw LLP as Librarian in the firm's Washington, D.C. office. I submit this declaration in support of the Motion to Dismiss by Defendant Rider University based on my personal knowledge.

  2.  Annexed hereto as Exhibit "A" is a record produced by the "Case Locator" feature of the Public Access to Court Electronic Records website, which is available at https://pcl.uscourts.gov/search ("PACER"). This Exhibit reflects my search on PACER, conducted on March 1, 2019, for cases filed in New York courts between September 14, 2017 and November 21, 2018 where "Jason Camacho" was the plaintiff.

  3.  All 98 cases identified in Exhibit "A" were filed by Plaintiff Jason Camacho ("Plaintiff") between September 14, 2017 and November 21, 2018 and all cases arose under Title III of the ADA.

  4.  Annexed hereto at Exhibit "B" is a record produced by the "Case Locator" feature of PACER. This Exhibit reflects my search on PACER, conducted on February 7, 2019, for

cases filed in New York courts between November 5, 2018 and November 21, 2018 where "Jason Camacho" was the plaintiff.

5. All 50 cases identified in Exhibit "B" were filed by Plaintiff against institutions of higher learning between November 13, 2018 and November 21, 2018 in the United States District Court for the Southern District of New York (the "University Cases"). The University Cases concern institutions located in 19 states, 42 cities, and the District of Columbia.

6. I reviewed the pleadings in the University Cases, and they all contain nearly identical allegations concerning the accessibility of websites for blind or visually impaired individuals. Specifically, in all of the University Cases, Plaintiff alleges that he attempted to access the website of the defendant, an institution of higher learning, after he attended a fair sponsored by the National Association of College Admissions Counseling at the Jacob Javits Center in New York City on November 5, 2018. In addition, the pleadings in all the University Cases contain the following identical allegations:

(a) "…Plaintiff encountered multiple access barriers that denied Plaintiff full and equal access to the facilities and services offered to the public and made available to the public; and that denied Plaintiff the full enjoyment of the facilities and services of the Website, as well as to the facilities and services of Defendant's physical school location by being unable to learn more information about: school location and hours, curriculum and programs of instruction, academic calendars, course and admission prerequisites, cost of tuition, available financial aid, career services, accreditation, faculty, campus security, transfer credits, textbooks, and other vital information needed by prospective students in order to make an informed decision about the Defendant's school"; and

(b) "Plaintiff intends to visit Defendant's school in the near future if he could access their website."

7. The defendants in ten such University Cases are listed as follows (with the format below identifying the defendant, the website, and corresponding case number and citation to the allegations referenced above):

(a) Emerson College, (www.emerson.edu), 1:2018-cv-10600, (First Am. Compl. ¶¶ 33-35, 42);

(b) Bennington College Corporation, (www.bennington.edu), 1:2018-cv-10541, (First Am. Compl. ¶¶ 33-35, 42);

(c) California Institute of the Arts, (www.calarts.edu), 1:2018-cv-10575, (First Am. Compl. ¶¶ 33-35, 42);

(d) The Catholic University of America, (www.cua.edu), 1:2018-cv-10586, (First Am. Compl. ¶¶ 33-35, 42);

(e) Northeastern University, (www.northeastern.edu), 1:2018-cv-10693, (First Am. Compl. ¶¶ 33-35, 42);

(f) Vanderbilt University, (www.vanderbilt.edu), 1:2018-cv-10694, (First Am. Compl. ¶¶ 33-35, 42);

(g) Loyola University New Orleans, (www.loyno.edu), 1:2018-cv-10816, (First Am. Compl. ¶¶ 33-35, 42);

(h) Oberlin College and Conservatory, (www.oberlin.edu), 1:2018-cv-10814, (First Am. Compl. ¶¶ 33-35, 42);

(i) Point Park University, (www.pointpark.edu), 1:2018-cv-10887, (First Am. Compl. ¶¶ 33-35, 42); and

(j) Gettysburg College, (www.gettysburg.edu) 1:2018-cv-10822, (First Am. Compl. ¶¶ 33-35, 42).

Dated: June 19, 2019

                                                                                             _____
                                                                                                   Susan M. Ryan

57247836v.1