**GOTTLIEB & ASSOCIATES**
ATTORNEYS

150 E. 18th St., Suite PHR • New York, NY 10003
Tel (212) 228-9795 • Fax (212) 982-6284
NYJG@aol.com

**VIA ECF**

July 24, 2019

The Honorable Edgardo Ramos
United States District Court Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

        *Re:*      *Camacho v. Rider University,*
                     Civil Case No.: 1:18-cv-10700

Dear Judge Ramos:

     The undersigned represents Jason Camacho, on behalf of himself and all other persons similarly situated ("Plaintiff") in the above-referenced matter. We write jointly with Defendant Rider University ("Defendant") to advise that the parties have reached a settlement in principle. Accordingly, they respectfully request that: (1) all motions, deadlines, conferences and all other matters in this action be held in abeyance; and (2) this action be dismissed *with prejudice* with the right to re-open in thirty (30) days if the parties have not consummated the settlement agreement by that date. Defendant's Motion to Dismiss was filed on June 19, 2019 (Dkt. 24) and Plaintiff's opposition was filed on June 28, 2019 (Dkt. 30).

     We appreciate the Court's time and attention to this matter.

                                                               Respectfully yours,

cc: All counsel via ECF                                        Gottlieb & Associates

                                                            *s/ Jeffrey M. Gottlieb, Esq.*
                                                               Jeffrey M. Gottlieb, Esq.